UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Keynel Cadet,

    Plaintiff,

v.                                                    Case No.  16-13267

US Bank National Association, *et al.*      Honorable Sean F. Cox

    Defendants.

_____/

## ORDER ADOPTING
## 12/14/16 REPORT AND RECOMMENDATION

    Plaintiff filed this action on September 9, 2016.  Thereafter, Defendants filed a Motion to Dismiss, which this Court referred to Magistrate Judge Stephanie Dawkins Davis for a report and recommendation.

    On December 14, 2016, Magistrate Judge Dawkins issued her Report and Recommendation, wherein she notes that Plaintiff failed to file any response to the Motion to Dismiss even after she issued a Show Cause Order, and recommends that the motion be granted. (Docket Entry No. 11).

    Pursuant to FED. R. CIV. P. 72(b), a party objecting to the recommended disposition of a matter by a Magistrate Judge must filed objections to the R&R within fourteen (14) days after being served with a copy of the R&R.  "The district judge to whom the case is assigned shall make a *de novo* determination upon the record, or after additional evidence, of any portion of the magistrate judge's disposition to which specific written objection has been made." *Id*.

The time for filing objections to the R&R has expired and the docket reflects that neither party has filed objections to the R&R. The Court hereby ADOPTS the December 14, 2016 R&R.

IT IS FURTHER ORDERED that: 1) Defendants' Motion to Dismiss is GRANTED; and 2) this action shall be DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated:  January 12, 2017

I hereby certify that a copy of the foregoing document was served upon counsel of record on January 12, 2017, by electronic and/or ordinary mail.

S/Jennifer McCoy
Case Manager